RECEIVED

JUN 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA





 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RB13 3266 247U S**
Status: **Delivered**

Your item was delivered at 1:24 pm on May 05, 2005 in ANCHORAGE, AK 99507. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )    ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

[          ]   ( Go > )

 **POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

