NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                            Registered Mail #RB 098 016 223 US

UNDER RESERVE



Charles-Paul: nordquist, Secured Party
Third Judicial District
The State of Alaska
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

WITH THE AUTHORIZED SIGNATURE/ AUTOGRAPH

### NOTICE OF INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

### SECOND NOTICE OF DEMAND AND SETTLEMENT FOR THE CLOSING OF THE ESCROW

28 U.S.C. §1333 and §1337

FILE # CPN03242005

Date: April 22, 2005

RECEIVED
JUN 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Libellant:      Charles-Paul: nordquist, Creditor Secured Party,
                C/o Ty Warren Azeltine, Notary Acceptor
                4941 Laurel Street Unit B
                Anchorage [99507] Alaska

Libellee: JUDITH E. SULLIVAN
          342 West 11th Avenue
          Anchorage, Alaska 99501

                JUDITH E. SULLIVAN                      CORPORATION

In Care of:     JUDITH E. SULLIVAN
                342 West 11th Avenue
                Anchorage, Alaska 99501
                                                        Libellee is additionally subject to postal
                                                        statutes and the jurisdiction of the Universal
                                                        Postal Union

Libellant is moving pursuant to U.C.C. Article 9 causing his NOTICE OF DEMAND AND SETTLEMENT service upon the Libellees by Registered Mail. This instant action is "within the Admiralty Ab Initio" pursuant to 28 USC 1333, and/OR § 1337.

.Libellees are granted three (3) days pursuant to the Truth in Lending Act at Regulation Z at 12 CFR and portions of 15 USC, exclusive of the day of service and three (3) days for mailing to make full payment of the Sum Certain $2,990,880.00 USD as evidenced in Libellant's Accounting and True Bill.

Libellees are herein served individually and severally in this administrative remedy notice and proceeds in collection, investment or sale of the perfected NEGOTIABLE COLLECTABLE ASSET. The Agreement/Contract, File# CPN03242005, will be recorded on a UCC 1 Financing Statement for the purpose of assignment or sale.

Libellant is exhausting his Administrative Remedies and the Libellees are "ESTOPPED" from ever controverting and arguing "within the Admiralty" in any subsequent Administrative or Judicial process. Collateral Estoppel, Estoppel by Acquiescence and Res Judicata in this matter is taken Administratively. All violations of the Estoppel are deemed a Trespass on the Agreement/Contract.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                          Registered Mail #RB 098 016 223 US

Libellees violations are deemed a trespass and enlarge the value of the claim by 4 times for compensatory and 200 times for punitive based on the SUM CERTAIN, PROGRESSIVE for the acts of rescue and conversion per party for each violation.

All parties are noticed in the nature of Federal Rules of Civil Procedure (FRCP) 9 (h) which leads to the Supplemental Rules of Admiralty that provide where a default exists and is found that a hostile presentment, written or oral is a criminal act. Libellant is provided that within the Supplemental Rules of Admiralty, the Remedy to a hostile presentment criminal, scienter act is to file a Certificate of Exigency with the Clerk of the Court/Warrant officer who is compelled by law to issue warrants for the arrest of any and all offenders.

All responses are required to be served upon the Libellant and the Notary Acceptor at the locations shown and expressly and exactly as shown:

Charles-Paul: nordquist, Creditor Secured Party,
C/o Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska
Service is required by U.S. Mail, Registered on all correspondence at both the Libellant's and the Notary Acceptor's location shown above.

### COMMERCIAL VERIFICATION "WITHIN THE ADMIRALTY" AND OATH

I certify under my unlimited liability Commercial Oath, having first hand knowledge of the facts and competent, that the statements and facts are true, correct, complete and certain. I speak the truth, the whole truth and nothing but the truth, so help me God.

"I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 22nd day of April, 2005". CHARLES PAUL NORDQUIST, affiant

By _Charles-Paul: nordquist_, agent, U.C.C. 3-402 (b)(1)
Charles-Paul: nordquist, Secured Party

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005     Registered Mail #RB 098 016 223 US

## AFFIDAVIT OF SERVICE

### SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW

State of Alaska            )
                           ) ss.
Third Judicial District    )

I am over 18 years of age and not a party to the within action. My business address is:

Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

On this the 22-d day of April, 2005, I served the following by Registered Mail:

   1. One (1) copy of Original SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW, File # CPN03242005, subscribed by Charles-Paul: nordqusit, Agent.

   2. One copy of this Affidavit of Service for each copy of SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW in a sealed envelope with postage pre-paid, properly addressed to:

Libellee:      JUDITH E. SULLIVAN
               342 West 11th Avenue
               Anchorage, Alaska 99501

               JUDITH E. SULLIVAN              CORPORATION

In care of:    JUDITH E. SULLIVAN
               342 West 11th Avenue
               Anchorage, Alaska 99501         Libellee is additionally subject to postal
                                               statutes and the jurisdiction of the Universal
                                               Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 22th day of April, 2005 ".

_____
Ty Warren Azeltine, Notary Acceptor UCC 3-402 (b)(1)

4-15-08
_____
My Commission Expires







Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **RR32 2421 079U S**
Status: **Delivered**

Your item was delivered at 12:33 pm on May 11, 2005 in ANCHORAGE, AK 99507. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( Return to USPS.com Home > )



Track & Confirm
Enter Label/Receipt Number.

( Go > )

**POSTAL INSPECTORS**          site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

