NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005

Registered Mail #RB 098 016 223 US



UNDER
RESERVE

Charles-Paul: nordquist, Secured Party
Third Judicial District
The State of Alaska
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

**NOTICE OF INTERNATIONAL COMMERCIAL
CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY**

WITH THE
AUTHORIZED
AUTOGRAPH

<u>28 U.S.C. §1333 and §1337</u>

**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT
CERTIFICATE OF DISHONOR**

FILE # CPN03242005

Date: May 12, 2005

Libellant:   Charles-Paul: nordquist, Creditor Secured Party,
C/o Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

**RECEIVED
JUN 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA**

Libellee: JUDITH E. SULLIVAN
342 West 11th Avenue
Anchorage, Alaska 99501

JUDITH E. SULLIVAN                    CORPORATION

In Care of:   JUDITH E. SULLIVAN
342 West 11th Avenue
Anchorage, Alaska 99501

Libellee is additionally subject to <u>postal
statutes</u> and the jurisdiction of the Universal
Postal Union

Libellee's failure to respond to the NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Charles-Paul nordquist, CREDITOR, SECURED PARTY, has put Libellee in default as witnessed by the Notary Acceptor in the sequence of the following events:

1. The Libellant served a NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY of Charles-Paul: nordquist, CREDITOR, SECURED PARTY, upon the Libellee on March 24, 2005 allowing Ten (10) days to respond. Notary Acceptor, Ty Warren Azeltine certifies no timely response is made by Libellees.

2. The Libellant served a NOTICE OF FAULT-OPPORTUNITY TO CURE upon the Libellees allowing three (3) days to cure plus three (3) days for mailing. Notary Acceptor, Ty Warren Azeltine certifies no timely response is made by Libellees.

3. The Libellant served a NOTICE OF DEFAULT upon the Libellees on or about April 9, 2005. Notary Acceptor, Ty Warren Azeltine certifies no timely response is made by Libellee.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                          Registered Mail #RB 098 016 223 US

4. On April 16, 2005 the Libellant served a FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW. Notary Acceptor, Ty Warren Azeltine certifies no timely response is made by Libellee.

5. On April 22, 2005 the Libellant served a SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW, NOTICE OF FAULT OPPORTUNITY TO CURE. Notary Acceptor, Ty Warren Azeltine, certifies no timely response is made by Libellee.

6. On April 29, 2005 the Libellant served a CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW. Notary Acceptor, Ty Warren Azeltine certifies no timely response is made by Libellee.

7. The Libellee has Dishonored the Notice of International Claim within the Admiralty Administrative Remedy of Charles-Paul: Nordquist. This NOTARIAL PROTEST is NON-NEGOTIABLE and NOTICE OF ADMINISTRATIVE JUDGMENT and CERTIFICATE OF DISHONOR to which you have admitted the statement, claims, and answers to the inquiries by *tacit procuration*. This ADMINISTRATIVE JUDGMENT is *stare decisis, res judicata* and *collateral estoppel*.

9. The Libellant appeared before me under oath and has sworn that he has not received a timely response and answer, by legal definition or settlement from the Libellee.

10. Charles-Paul: nordquist is HOLDER IN DUE COURSE of this account and the Commercial Matter contained therein by operation of law and the debt will be recorded on a UCC 1 Financing Statement with the Secretary of State of Alaska

## AFFIDAVIT OF NEGATIVE AVERMENT

As of this date May 12, 2005 the undersigned Notary Acceptor has not received a timely response to the Libellant's documents from the Libellee or any other agents.

## NOTARIAL PROTEST CERTIFICATE

1. The HOLDER IN DUE COURSE has recruited the Notary Public, authorized to certify dishonor of the Notice of International Commercial Claim within the Admiralty Administrative Remedy Agreement/Contract, and to present this ADMINISTRATIVE JUDGMENT BY ESTOPPEL in accordance with UCC 3-509.

2. This Notarized Document is served to the Libellee for demand for payment on May 12, 2005.

3. This Notarized Document is the official CERTIFICATE OF DISHONOR of the Notice of International Commercial Claim within the Admiralty Administrative Remedy Contract File # CPN03242005, Registered # RA 098 016 223 US.

The above Affidavit is certified true, correct, complete, and certain, under the penalty of Perjury.

By: _____ Notary Public under court seal in his capacity as

a Notary in good standing with the State of Alaska.

The above named affiant, personally known to me, appeared before me, a Notary, Sworn and under Oath this __13th__ day of __May__, 2005.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                              Registered Mail #RB 098 016 223 US

_(signature)_
Notary                                      Seal                    [Notary seal: JIMMIE D. LOCKHART, NOTARY PUBLIC, STATE OF ALASKA, My Commission Expires: November 17, 2008]

_11-17-08_
My Commission Expires

Page 3 of 3
NOTARIAL PROTEST and NOTICE of ADMINISTRATIVE JUDGMENT, CERTIFICATE OF DISHONOR

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Charles-Paul: Nordquist, CREDITOR, SECURED PARTY

File # CPN03242005                                     Registered Mail #RB 098 016 223 US

## AFFIDAVIT OF SERVICE

### NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT CERTIFICATE OF DISHONOR

State of Alaska            )
                           )  ss.
Third Judicial District    )

I am over 18 years of age and not a party to the within action. My business address is:

Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

On this 13th day of May, 2005, I served the following by Registered Mail;

1. One (1) copy of Original "**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONO** File # CPN03242005, subscribed Charles-Paul: Nordquist, Agent.

2. One copy of this Affidavit for each copy of "**NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT AND CERTIFICATE OF DISHONOR**" of Service in a sealed envelope with postage pre-paid, properly addressed to:

Respondent:    JUDITH E. SULLIVAN
               342 West 11th Avenue
               Anchorage, Alaska 99501

               JUDITH E. SULLIVAN                    CORPORATION

In care of:    JUDITH E. SULLIVAN
               342 West 11th Avenue
               Anchorage, Alaska 99501               Respondent is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

State of Alaska            )
                           )  ss.
Third Judicial District    )

_signature_
Ty Warren Azeltine, Notary Acceptor UCC 3-402 (b)(1)

4-15-08
My Commission Expires



NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT CERTIFICATE OF DISHONOR

Page 1 of 1

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | | To Be Completed By Post Office | |
|---|---|---|---|
| TO | FROM | Postage | 0.60 |
| Charles Paul Nordquist c/o Ty Warren Hostage Lottery Acceptor 4941 Laurel Street, Unit B Anchorage [99507] Alaska | JUDITH E. SULLIVAN 342 West 11th Avenue Anchorage Alaska 99501 | Handling Charge | |
| | | Reg. Fee | 7.50 |
| | | Return Receipt | 1.75 |
| | | Restricted Delivery | |
| | | Received by | |
| | | Customer Must Declare Full Value $ | |

Registered No. RB098016245US

Date Stamp: 05/15/06 ANCHORAGE MAIN OFFICE
UNIT ID: 0502
Clerk: KRY4B7

PS Form 3806, May 2004 (7530-02-000-9051) Receipt for Registered Mail Copy 1 - Customer (See Information on Reverse) For domestic delivery information, visit our website at www.usps.com®



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **RB09 8016 245U S**
Status: **Delivered**

Your item was delivered at 1:59 pm on June 30, 2005 in ANCHORAGE, AK 99507. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )    ( Return to USPS.com Home > )



Track & Confirm
Enter Label/Receipt Number.

Go >

**POSTAL INSPECTORS**     site map     contact us     government services    jobs    **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved.  Terms of Use   Privacy Policy

