NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
Of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                                    Registered Mail #RB 098 016 223 US



Charles-Paul: nordquist, Secured Party
third judicial district
The State of Alaska
United States of America 1776 AD



UNDER RESERVE

Cl [signature] Paul
[signature] quist

**AFFIDAVIT OF DEBT – CLAIM OF LIEN**
Private
Non-negotiable

WITH THE
AUTHORIZED
AUTOGRAPH

May 24, 2006

In Re: NOTICE OF INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY
28 U.S.C. §1333 and §1337, herein after "Administrative Remedy CPN03242005-RB 098 016 233 US"

| | |
|---|---|
| Lien Creditor: | :Charles-Paul: nordquist, Creditor Secured Party, |
| | C/o Ty Warren Azeltine, Notary Acceptor |
| | 4941 Laurel Street Unit B |
| | Anchorage [99507] Alaska |
| | |
| Lien Debtor: | JUDITH E. SULLIVAN |
| | 342 West 11th Avenue |
| | Anchorage, Alaska 99501 |
| | |
| | JUDITH E. SULLIVAN          CORPORATION |
| | |
| File No: | CPN03242005-RB 098 016 233 US |
| Claim No: | CPN05xx2006-RB 098 016 233 US |

**RECEIVED**

JUN 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

The Undersigned Affiant, :Charles-Paul: Nordquist, hereinafter "Affiant", having attained the age of majority, competent to testify, a self-realized being, a free man upon the land, my yes be yes, my no be no, do hereby solemnly state that the truths and facts herein are of firsthand personal knowledge, and true, correct, complete, certain, and not misleading, so help me God.

**Introductory Certification**

1. Affiant is of legal age and competent to testify and has firsthand personal knowledge of the facts stated herein.

**Plain Statement of Facts**
**(Commercial Record)**

2. On or about March 24, 2005, by and through Fiduciary Mailing Agent Ty Warren Azeltine hereinafter "Agent", sent via U.S.P.S. Registered Mail No. RB 098 106 233 US JUDITH E. SULLIVAN hereinafter "SULLIVAN" correspondence entitled: "Notice of International Commercial Claim in Admiralty Administrative Remedy, 28 U.S.C. §1333 and §1337, File # CPN03242005", hereinafter "Claim # CPN03242005-RB 098 016 223 US". The Claim went unanswered and the Original Document still contained in the sealed postal item was "dishonored" and returned clearly marked Unclaimed by SULLIVAN.

3. Said Notice contained many binding agreements wherein SULLIVAN upon default by way of non-response would consent and agree to pay the sum certain of Two Million Nine Hundred Ninety Thousand Eight Hundred Eighty And No Cents ($2,990,880.00) United States Dollars.

4. On or about April 5, 2005 Affiant, by and through Affiant's Agent, sent via U.S.P.S. Registered Mail No. RR 322 421 051 US SULLIVAN correspondence entitled: "Notice of Fault- Opportunity to Cure". Affiant granted SULLIVAN three (3) days to respond to said Notice and said Notice went unanswered and the Original Document still contained in the sealed postal item was "dishonored" and returned clearly marked Unclaimed by SULLIVAN.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
Of Charles-Paul: nordquist, CREDITOR, SECURED PARTY
FILE # CPN03242005                                             Registered Mail #RB 098 016 223 US

5. On or about April 9, 2005 Affiant, by and through Affiant's Agent, sent SULLIVAN via U.S.P.S. Registered Mail No. RR 322 421 065 correspondence entitled: "Notice of Default" and said Notice went unanswered and the PS Form 3811 returned signed as the Original item was received.

6. On or about April 16, 2005 Affiant, by and through Affiant's Agent, sent SULLIVAN via U.S.P.S. Registered Mail No. RB 133 266 233 US correspondence entitled: "First Notice of Demand and Settlement for the Closing of the Escrow" and said Notice went unanswered "dishonored" and returned and the Original Document still contained in the sealed postal item was returned clearly marked Unclaimed by SULLIVAN

7. On or about April 16, 2005 Affiant's Agent executed an "Affidavit of Non-Response" as a matter of further perfecting the commercial record at hand and in support of SULLIVAN'S consent and agreement to pay the above-referenced amount and, by and through Affiant's Agent, sent SULLIVAN via U.S.P.S. Registered Mail No. RB 133 266 247 US and the Original Document still contained in the sealed postal item was "dishonored" and returned clearly marked Unclaimed by SULLIVAN.

8. SULLIVAN failed to cure SULLIVAN's Default, thus an operation of law "administrative due process" through tacit procuration admitted to all statements, claims, agreements, provided within Claim # CPN03242005-RB 098 016 223 US.

9. Claim # CPN03242005-RB 098 016 223 US has been deemed RES JUDICATA, STARE DECESIS and COLLATERAL ESTOPPEL binding upon SULLIVAN.

10. On or about April 22, 2005 Affiant, by and through Affiant's Agent, sent SULLIVAN via U.S.P.S. Registered Mail No. RR 322 421 079 US correspondence entitled: "Second Notice and Demand for the Closing of the Escrow" and said Notice went unanswered and the Original Document still contained in the sealed postal item was "dishonored" and returned clearly marked Unclaimed by SULLIVAN.

11. On or about April 29, 2005 Affiant, by and through Affiant's Agent, sent SULLIVAN via U.S.P.S. Registered Mail No. RB 098 016 237 US correspondence entitled: "Contractual and Final Notice of Demand and Settlement for Closing of the Escrow" and said Notice went unanswered and the Original Document still contained in the sealed postal item was "dishonored" and returned clearly marked Unclaimed by SULLIVAN.

11. On or about May 13, 2005 Affiant, by and through Affiant's Agent, sent SULLIVAN via U.S.P.S. Registered Mail No. RB 098 016 245 US correspondence entitled: "Notarial Protest and Notice of Administrative Judgment, Certificate of Dishonor" and said Correspondence went unanswered and the Original Document still contained in the sealed postal item was "dishonored" and returned clearly marked Unclaimed by SULLIVAN.

12. The following items, Original Documents remaining sealed in their Originally sealed postal envelopes, and U.S.P.S. Registered Mail Numbers provided herebelow are in support of this Affidavit of Debt – Claim of Lien:

| Original Document | Registered Mail Number |
|---|---|
| Claim # CPN03242005-RB 098 016 223 US | RB 098 016 233 US |
| Notice of Fault – Opportunity to Cure | RR 322 421 051 US |
| PS Form 3811: Notice of Default | RR 322 421 065 US |
| Certificate and Notice of Non-Response | RB 133 266 247 US |
| First Notice of Demand and Settlement for Closing of the Escrow | RB 133 266 233 US |
| Second Notice and Demand for the Closing of the Escrow | RR 322 421 079 US |
| Contractual and Final Notice of Demand and Settlement for Closing of the Escrow | RB 098 016 237 US |
| Notarial Protest and Notice of Administrative Judgment, Certificate of Dishonor | RB 098 016 245 US |

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
Of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                              Registered Mail #RB 098 016 223 US

## COMMERCIAL OATH AND VERIFICATION

state of ALASKA            )
                           )       Commercial Oath and Verification
third judicial district    )

:Charles-Paul: Nordquist, under his Commercial Oath with unlimited liability and proceeding in good faith, being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of my knowledge and belief under penalty of perjury.

Exodus 20: 15, 16

This Affidavit of Debt – Claim of Lien is dated the 24th Day of the 5th Month in the Year of Our Lord Two Thousand Six.


*Charles P. Nordquist* SEAL
Charles P. Nordquist: Affiant
Lien claimant


**Jurat**

state of ALASKA            )
                           ) ss.
third judicial district    )

Subscribed and sworn to me at Anchorage City before me this 24th day of May, A.D. 2006.

Notary Public Ty Warren Azeltine

My Commission Expires _____04-15-08_____

WITNESS my hand and official seal.

by: *Ty Warren* _____
                Signature of Notary Public

**2006-610930-3**
Recording Dist: 500 - UCC Central File
5/26/2006 9:13 AM Pages: 1 of 1

ALASKA

RECEIVED
JUN 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Charles-Paul: nordquist
In care of:
112 S. Alaska St. #202
Near: Palmer [99645]
ALASKA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR 1b. INDIVIDUAL'S LAST NAME: **JUDITH E SULLIVAN**
FIRST NAME:
MIDDLE NAME:
SUFFIX:

1c. MAILING ADDRESS: **11631 W WAGON PASS ST**
CITY: **BOISE**
STATE: **ID**
POSTAL CODE: **83709**
COUNTRY: **US**

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any ☐ NONE

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR 2b. INDIVIDUAL'S LAST NAME
FIRST NAME
MIDDLE NAME
SUFFIX

2c. MAILING ADDRESS
CITY
STATE
POSTAL CODE
COUNTRY

2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR 3b. INDIVIDUAL'S LAST NAME: **Nordquist**
FIRST NAME: **Charles**
MIDDLE NAME: **Paul**
SUFFIX:

3c. MAILING ADDRESS: **112 S. Alaska St #202**
CITY: **Palmer**
STATE: **AK**
POSTAL CODE: **99645**
COUNTRY: **U.S.A.**

**4. This FINANCING STATEMENT covers the following collateral:**

File #: CPN03242005-RB 098 016 233 US
Tracking #: RB 098 016 233 US

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) (ADDITIONAL FEE) [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)   International Association of Commercial Administrators (IACA)

**2006-610939-1**
Recording Dist: 500 - UCC Central File
5/26/2006 11:39 AM Pages: 1 of 1

ALASKA

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Charles-Paul: nordquist
In care of:
112 S Alaska St #202
Near: Palmer [99645]
ALASKA

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2006-610930-3 Recording Dist: 500 - UCC Central File 5/26/2006 9:13AM

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**
**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX
SULLIVAN | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**
**7a. ORGANIZATION'S NAME**

OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**7d. SEE INSTRUCTIONS** | ADD'L INFO RE ORGANIZATION DEBTOR | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

The Debtor has consented to this Admiralty Maritime lien filing in the Petition of Agreement and Harmony within the admiralty in the Nature of a Notice of International Commercial Claim in Admiralty Administrative Remedy, Judgment by Estoppel Agreement/Contract File # CPN03242005-RB 098 016 233 US Registered Mail #: RB 098 016 233 US, Perfected on June 30, 2005 in the accounting and True Bill amount of $2,990,880.00.

All personal real property; bank accounts, foreign and domestic; private exemptions; government and risk management accounts; insurance policies; stocks and bonds; asset accounts; investments and future earnings of the Debtor is now the property of the Secured Party.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**

OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX
Nordquist | Charles | Paul |

**10. OPTIONAL FILER REFERENCE DATA**

International Association of Commercial Administrators (IACA)
FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)



# Search for Occupational Licenses

State of Alaska > Commerce > Occupational Licensing > Search for Licenses > Occupational License Detail

## Occupational License Details

| | |
|---|---|
| **Name:** | JUDITH E SULLIVAN |
| **DBA:** | |
| **License Number:** | 758 |
| **License Type:** | IS AN AUTHORIZED ADVANCED NURSE PRACTITIONER |
| **Status:** | PROBATION LICENSE |
| **Address:** | 342 W. 11TH STREET, ANCHORAGE AK 99507 |
| **Expiration Date:** | 11/30/2006 |
| **Current Issue Date:** | 01/21/2005 |
| **First Issue Date:** | 01/29/2003 |
| **Additional Info:** | LICENSEE ON PROBATION BEGINNING JUNE 30, 2004; CONDITIONS APPLY. |

This license has been the subject of a formal agreement, order or disciplinary action. Contact the division for more information.

### Quick Links...
- Buy a Business License
- Business License Search
- Occupational License Search
- Download List of License Holders

### Of Interest...
- Business Licensing
- Small Business Development
- Other Occupations Licensed in Alaska
- Notices of Proposed Regulations



Applications may be viewed and printed with Adobe Acrobat Reader 6.0 or higher. If you do not have Adobe Acrobat Reader 6.0 or higher, please click on the Adobe logo and download the free software now. If you are unable to view or download an application, please contact us by telephone or e-mail. Providing your complete mailing address will enable us to mail you the application.

Other application forms may be mailed to you or picked up at a division office. Completed applications must be signed and submitted to the division with the appropriate fees.

```
Acupuncturists
Architects, Engineers, and Land Surveyors
Audiologists and Speech-Language Pathologists
Barbers and Hairdressers
Big Game Guides and Transporters
Chiropractic Examiners
```
Webmaster   Contact the Division

Alaska Division of Occupational Licensing

# Search for Occupational Licenses

Commerce

State of Alaska    > Commerce    > Professional Licensing    >License Search

### Occupational License Details

| | |
|---|---|
| **Name:** | JUDITH E SULLIVAN |
| **DBA:** | |
| **License Number:** | 758 |
| **License Type:** | IS AN AUTHORIZED ADVANCED NURSE PRACTITIONER |
| **Status:** | PROBATION LICENSE |
| **Address:** | 11631 W. WAGON PASS ST.,   BOISE ID 83709 |
| **Expiration Date:** | 11/30/2006 |
| **Current Issue Date:** | 01/21/2005 |
| **First Issue Date:** | 01/29/2003 |
| **Additional Info:** | LICENSEE ON PROBATION BEGINNING JUNE 30, 2004; CONDITIONS APPLY. |

This license has been the subject of a formal agreement, order or disciplinary action. Contact the division for more information.

View Your License using our Search Program

Webmaster    Email Business and Professional Licensing    Email Corporations

Commerce

# Search for Occupational Licenses

State of Alaska   > Commerce   > Professional Licensing   >License Search

## Occupational License Details

| | |
|---|---|
| **Name:** | JUDITH E. SULLIVAN |
| **DBA:** | |
| **License Number:** | 15947 |
| **License Type:** | IS A LICENSED REGISTERED NURSE |
| **Status:** | PROBATION LICENSE |
| **Address:** | 11631 W. WAGON PASS ST.,   BOISE ID 83709 |
| **Expiration Date:** | 11/30/2006 |
| **Current Issue Date:** | 01/21/2005 |
| **First Issue Date:** | 01/18/1994 |
| **Additional Info:** | LICENSEE ON PROBATION BEGINNING JUNE 30, 2004; CONDITIONS APPLY |

This license has been the subject of a formal agreement, order or disciplinary action. Contact the division for more information.

View Your License using our Search Program

Webmaster     Email Business and Professional Licensing     Email Corporations



**CERTIFICATION OF VITAL RECORD**

**STATE OF COLORADO**
COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT
HOLD TO LIGHT TO VIEW WATERMARK

STATE FILE NUMBER: 1051947006429
NAME OF REGISTRANT: CHARLES PAUL NORDQUIST
DATE AND TIME OF BIRTH: MARCH 04, 1947 02:36 A.M.
CITY OF BIRTH: DENVER
MOTHER'S MAIDEN NAME: CATHERINE MAY DAVIS
MOTHER'S PLACE OF BIRTH: IOWA
MOTHER'S AGE: 30

DATE FILED: MARCH 12, 1947
SEX: MALE
COUNTY OF BIRTH: DENVER
FATHER'S NAME: CARL GUNNAR NORDQUIST
FATHER'S PLACE OF BIRTH: NEW YORK
FATHER'S AGE: 36

THIS IS A TRUE CERTIFICATION OF NAME AND BIRTH FACTS AS RECORDED IN THIS OFFICE

DATE ISSUED: JUNE 26, 2003

Ronald S. Hyman
RONALD S. HYMAN
STATE REGISTRAR

Do not accept unless prepared on security paper with engraved border, displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if any person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. NOT VALID IF PHOTOCOPIED.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

SS2170812