NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN01242005                                    Registered Mail #RB 098 016 223 US

UNDER RESER:



Charles-Paul: nordquist, Secured Party
Third Judicial District
The State of Alaska
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of

RECEIVED
JUN 0 6 2006

**NOTICE OF INTERNATIONAL COMMERCIAL
CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY**

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

28 U.S.C. §1333 and §1337

**NOTICE OF FAULT**

FILE # CPC03242005

Date: April 4, 2005

3:06-mc-00024 JWS

Libellant:     Charles-Paul: nordqusit, Creditor Secured Party,
               C/o Ty Warren Azeltine, Notary Acceptor
               4941 Laurel Street Unit B
               Anchorage [99507] Alaska

Libellee:      JUDITH E. SULLIVAN
               342 West 11th Avenue
               Anchorage, Alaska 99501

               JUDITH E. SULLIVAN              CORPORATION

                                   Libellee is additionally subject to postal
                                   statutes and the jurisdiction of the Universal
                                   Postal Union.

**COMMERCIAL OATH AND VERIFICATION**

Third Judicial District        )
                               )            Commercial Oath and Verification
The State of Alaska            )

I, CHARLES PAUL NORDQUIST, under my unlimited liability and Commercial Oath proceeding in good
faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to
the best of Libellant's knowledge and belief under penalty of International Commercial Law.

CHARLES PAUL NORDQUIST
By: Charles-Paul: nordquist, agent, Libellant, UCC 3-402 (b)(1)

_Charles-Paul: nordquist_
Signature lawful man

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath

this ___4th___ day of ___April___, 2005

NOTICE OF FAULT-OPPORTUNITY TO CURE
Page 1 of 3

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN01242005                                              Registered Mail #RB 098 016 223 US

_Ty Warren Gitts_
Notary                                                         4 - 15 - 0 8
                                                               My Commission expires

## STATEMENT OF FACTS

1.  On March 24, 2005, JUDITH E. SULLIVAN received service of Petition for Agreement and
    Harmony in the Nature of a Notice of International Commercial Claim Administrative
    Remedy, File # CPN03242005. (See attached copy of United States Postal Service
    Domestic Receipt: #RB 098 016 223 US).

2.  Libellant granted JUDITH E. SULLIVAN ten (10) days to respond, or in the alternative,
    admit all claims and answers to inquires verified therein.

3.  Libellant has received no response from JUDITH E. SULLIVAN.

4.  The witness, Ty Warren Azeltine, Notary Acceptor, acknowledges and testifies a non
    response to mailed Notice of International Commercial Claim Administrative Remedy,
    File # CPN03242005 dated March 24, 2005.

5.  JUDITH E. SULLIVAN is at fault.

6.  As an operation of law, JUDITH E. SULLIVAN has admitted to the statements, claims and
    ANSWERS to inquires verified therein.

7.  JUDITH E. SULLIVAN has a duty to make the appropriate changes agreed to and enforce the
    changes in the referenced documents in the Notice of International Commercial Claim
    Administrative Remedy, File # CPN03242005.

8.  JUDITH E. SULLIVAN is reminded of her Duty of contract, the performance of which is
    secured by Official Bond or surety, and the duty to take the appropriate actions applicable
    and referenced at Public Law 42 USC 1986.

## ADMITTED ANSWERS TO INQUIRES

The Administrative Record for Libellant's International Commercial Claim Administrative

Remedy, File # CPN03242005, as identified in Statement 1 above, shows that all of the

Inquires in said file have been agreed to (Admitted/Acknowledged) by tacit procuration by

Libellee's failure/refusal or choice not to respond.

Further Libellant sayeth naught.

## OPPORTUNITY TO CURE

If JUDITH E. SULLIVAN's failure to respond is an oversight, mistake or otherwise
unintentional, Libellant grants JUDITH E. SULLIVAN three (3) days, exclusive of the day of
receipt, to serve a response to the statements, claims and inquires in the Libellant's amended
petition of International Commercial Claim Administrative Remedy, File # CPN03242005,

that JUDITH E. SULLIVAN received via Registered mail on March 24, 2005 as evidence by Libellant's assertion of facts in Statement 1 of this document.

Failure to cure will constitute, as an operation of law, the FINAL admission by JUDITH E. SULLIVAN through tacit procuration to the statements, claims and answers to the inquires provided. Said statements, claims and answers to inquires shall be deemed RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL binding on JUDITH E. SULLIVAN.
Based upon JUDITH E. SULLIVAN default to Libellant's amended petition of International Commercial Claim Administrative Remedy, File # CPN03242005, JUDITH E. SULLIVAN may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceedings.

JUDITH E. SULLIVAN's response must be served upon Libellant exactly as provided:

Charles-Paul: nordquist, Creditor Secured Party,
C/o Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

Libellant looks forward to JUDITH E. SULLIVAN's timely response.

Further Libellant sayeth naught.

Given under my hand and seal this the ___4th___ day of the _4th month_ of 2004 *5 cpn* anno Domini.
Prepared and submitted by:

*C-harles-Paul: nordquist*
Charles-Paul: nordquist, UCC 3-402 (b)(1)
Libellant

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # CPN03242005                                    Registered Mail #RB 098 016 223 US

## AFFIDAVIT OF SERVICE

## NOTICE OF FAULT – OPPURTUNITY TO CURE

State of Alaska                    )
                                   )   ss.
Third Judicial District            )


I am over 18 years of age and not a party to the within action.  My business address is:

Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

On this the ___4th___ day of April, 2005, I served the following by Registered Mail:

1. One (1) copy of Original NOTICE OF FAULT – OPPURTUNITY TO CURE, File # CPN03242005,
subscribed by Charles-Paul: nordquist, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF FAULT – OPPORTUNITY TO
CURE" in a sealed envelope with postage pre-paid, properly addressed to:


Libellee: JUDITH E. SULLIVAN
          342 West 11th Avenue
          Anchorage, Alaska 99501


          JUDITH E. SULLIVAN            CORPORATION

In care of:   JUDITH E. SULLIVAN
              342 West 11th Avenue
              Anchorage, Alaska 99501
                                        Libellee is additionally subject to postal
                                        statutes and the jurisdiction of the Universal
                                        Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and
correct. Executed on this __4th__ day of April, 2005 ".


_Ty Warren Azeltine_ signature
Ty Warren Azeltine, Notary Acceptor UCC 3-402 (b)(I)

RECEIVED

JUN 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| **Registered No.** | | | | **Date Stamp** |
|---|---|---|---|---|
| RR322421051US | | | | |

| To Be Completed By Post Office | Reg. Fee | 7.50 | | | UNIT ID: 0507 |
|---|---|---|---|---|---|
| | Handling Charge | | Return Receipt | 1.75 | Clerk: KB1K6R |
| | Postage | 0.60 | Restricted Delivery | | 04/05/05 |
| | Received by | | | | |

| | Customer Must Declare Full Value $ | | With Postal Insurance | Domestic insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).* |
|---|---|---|---|---|
| | | | Without Postal Insurance | |

OFFICIAL USE

| To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed | FROM | *Charles-Paul: nordquist* |
|---|---|---|
| | | *C/o Ty Women Ageltrue, Notary Acceptor* |
| | | *4941 Laurel Street Unit 13* |
| | | *Anchorage [99507], Alaska* |
| | TO | *JUDITH E. SULLIVAN* |
| | | *342 West 11th Avenue* |
| | | *Anchorage, Alaska 99501* |

PS Form **3806**,     **Receipt for Registered Mail**     *Copy 1 - Customer*
May 2004 (7530-02-000-9051)     *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®



***** WELCOME TO *****
EASTCHESTER STATION
ANCHORAGE, AK  99520-9998
04/05/05 04:55PM

Store  USPS         Trans    120
Wkstn  sys5006      Cashier  KB1K6R
Cashier's Name      SHERA
Stock Unit Id       WINSHERA
PO Phone Number     800-275-8777
USPS #              0203150507

1. First Class                      9.85
   Destination:     99501
   Weight:          1.70 oz.
   Postage Type:    PVI
   Total Cost:      9.85
   Base Rate:       0.60
        SERVICES
   Registered Mail                  7.50
     RR322421051US
   Rtn Recpt (Green Card)  1.75

Subtotal                            9.85
Total                               9.85

Cash                               10.00
Change Due
   Cash                             0.15

Number of Items Sold: 1

        Thank You
      God Bless America

USPS - Track & Confirm

 **UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RR32 2421 051U S**
Status: **Delivered**

Your item was delivered at 1:31 pm on April 23, 2005 in ANCHORAGE, AK 99507. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.



**Track & Confirm**
Enter Label/Receipt Number.

Go >

( Restore Offline Details > )     ( Return to USPS.com Home > )

 **POSTAL INSPECTORS**    **site map    contact us    government services    jobs    National & Premier Accounts**
**Preserving the Trust**    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



U.S. POSTAGE
PAID
ANCHORAGE, AK
APR 25 '05
AMOUNT
$9.85
00027659-

9950i

UNITED STATES POSTAL SERVICE
9261

United States Postal Service
REGISTERED MAIL
RR 322 421 051 US

Label 200, July 1999

REGISTERED

RETURN RECEIPT

☐ MOVED, LEFT NO ADDRESS
☐ FORWARDING ORDER EXPIRED
☐ ATTEMPTED-NOT KNOWN
☐ UNCLAIMED
☐ NO SUCH STREET
☐ NO SUCH NUMBER
☐ INSUFFICIENT ADDRESS
☐ REFUSED

RETURN TO SENDER

JUDITH A. SHEARN
5-12 Wisconsin people Blvd
Anchorage, Alaska 99501

arles Paul, on behalf
(s) Warren Agellos, obo's, and/or
941 Laurel Street, Unit 5
Anchorage, Alaska 99501