**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # JPJ03242005                                                 Registered Mail #RB 098 016 223 US



*Under Reserve*

Charles-Paul: nordquist, Secured Party
third judicial district
The State of Alaska
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

**NOTICE OF INTERNATIONAL COMMERCIAL
CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY**

*With The Authorized Autograph*

<u>28 U.S.C. §1333 and §1337</u>

FILE # CPN03242005

**RECEIVED**

Date: March 24, 2006

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA**

| | |
|---|---|
| Libellant: | Charles-Paul: nordquist, Creditor Secured Party, C/o Ty Warren Azeltine, Notary Acceptor 4941 Laurel Street Unit B Anchorage [99507] Alaska |
| Libellee: | JUDITH E. SULLIVAN 342 West 11th Avenue Anchorage, Alaska 99501 |
| | JUDITH E. SULLIVAN          CORPORATION |
| In care of: | JUDITH E. SULLIVAN 342 West 11th Avenue Anchorage, Alaska 99501 |

3:06-mc-00024 JWS

Libellee is additionally subject to <u>postal statutes</u> and the jurisdiction of the Universal Postal Union.

**ADMINISTRATIVE REMEDY PROCEEDURE**

Libellant, by Restricted Appearance, is hereby exhausting his administrative remedies within the Admiralty by Notice(ing) JUDITH E. SULLIVAN.

As an operation of law, Libellant is required to exhaust his administrative remedies. This Administrative Remedy within the admiralty document is mail as identified in the Affidavit of Service.

As with any administrative process, Libellee may controvert the statements and/or claims made by Libellant by executing and delivering a verified response point by point, in affidavit form, sworn and attested to, signed by Libellee with evidence in support by Registered Mail addressed to Notary Acceptor.
Answers by any other means is considered a non-response and will be treated as a non-response.

Libellee may agree and admit to all statements and claims made by Libellant by TACIT PROCURATION by simply remaining silent.

**ESTOPEL BY ACQUIESCENCE**: In the event Libellee admits the statements and claims by TACIT PROCURATION, all issues are deemed settled RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL. Libellee may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative or judicial.

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of Charles-Paul: nordquist, CREDITOR, SECURED PARTY**

FILE # JPJ03242005                                                  Registered Mail #RB 098 016 223 US

Any action(s), by Libellee, in any court or other forum, undertaken against Libellant, outside this Administrative Remedy by Libellee, is a trespass against Libellant and will result in an increase in the amount of the True Bill of ten (10) times the original amount and will continue to increase in the same amount of any additional trespasses.

Libellee is granted 10 days to respond to the statements and claims herein and/or to provide Libellee's own answers to inquires.

Libellee may, after agreeing to all claims put forth by Libellant, enter into negotiations to settle the agreement/contract with terms to be agreed upon.

## DEFINITIONS

The term "Affiant" means Charles-Paul: nordquist, living flesh and blood actual man, non-legal fiction creditor and secured party, injured party, Libellant.

The term "Libellee" means JUDITH E. SULLIVAN the opposing party in this instant action as she appears in fiction, Stramineus homo, Commercial Strawman, person, individual.

The term "Libellant" means Charles-Paul: nordquist, living flesh and blood actual man, non-legal fiction creditor and secured party, injured party, Affiant.

The term "CHARLES PAUL NORDQUSIT" means non-living entity, Stramineus homo, Commercial Strawman, artificial entity, legal fiction, CHARLES PAUL NORDQUIST, 523 -62-8978.

The term "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY of Charles-Paul: nordquist, CREDITOR, SECURED PARTY is an agreement/contract between Libellant, Charles-Paul: nordquist and Libellee, JUDITH E. SULLIVAN.

## STATEMENT OF FACTS

1. Libellant is not one in the same as any legal fiction entity, 14th Amendment person, individual, commercial Strawman or number created by the federal government.

2. Libellant has never knowingly, willingly and for certain and fair consideration acted in any way that would controvert Libellant's private natural character status.

3. Libellant is not a beneficiary, surety, liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly, and for certain and fair consideration, ever entered into any contract that would controvert Libellant's claim on non-surety status.

4. Libellant has a non-privity relationship with all legal fiction entities.

5. Charles-Paul: nordquist is an agent for CHARLES PAUL NORDQUIST, not a trustee or liable party. UCC 3-402 (b)(1)

6. Libellant is an injured party in this matter.

7. Charles-Paul: nordquist has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the Alaska Secretary of State's Office, in the form of UCC 1 and its amendments.

8. Libellee is committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment, Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY
FILE # JPJ03242005                                            Registered Mail #RB 098 016 223 US

9. Any immunity, whether Absolute or Limited are not protective in their acts of Bad Faith against CHARLES PAUL NORDQUIST and that Am Jur 2nd, Volume 17 (A) Clause #298 applies. NO IMMUNITIES WILL PROTECT A PERSON WHO ACTS IN BAD FAITH.

10. Any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and is an attempt to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the D.C. Codes.

11. Libellee mandatorily places herself under unlimited liability commercial oath to secure integrity in her response.

12. Libellee has never disclosed the nature and cause and conditions of the contracts in commerce that were executed on the Libellant.

13. Libellee has created harm to the Libellant by her Criminal Acts and Acknowledges the Sum Certain in the True Bill is correct as presented and is to be paid to the Libellant.

14. Libellee,, does not now or has ever comprehended the offer and contract as it pertains to CHARLES PAUL NORQUIST, Charles-Paul: nordquist.

15. Libellee has no "ANSWER" by legal definition that can be provided in any instance neither in part or in whole and that she is found out to have no excuse and no affirmative defense for her Criminal Acts.

16. By and through this commercial notice the Libellant notices JUDITH E. SULLIVAN and the Public, that by mistake, Libellant has moved in good faith to comprehend and remedy a mistake caused by his misplaced trust and inability to comprehend the motives of those attempting to contract with CHARLES PUAL NORQUIST, or Charles-Paul: nordquist.

17. All contracts and agreements and presentments by JUDITH E. SULLIVAN has expressly induced by Fraud, Coercion, Extortion and non-disclosure contracts upon the Libellant.

18. Libellee making any stall and delay created by her is conversion of the Sum Certain in the Accounting and True Bill of this Commercial Instrument that will result in an increase of ten (10) times the for Compensatory Punitive Damages that shall prevail contractually.

19. Libellee has created unsupported commercial documents that were relied upon by third parties to deprive Libellant of property.

20. Libellee understands that the Accounting and True Bill is true, correct, complete and certain following the perfection of this commercial instrument.

21. Libellee has used fictitious names on commercial documents to deprive the Libellant of property.

22. Libellee has failed to adjust the records of CHARLES PAUL NORDQUIST.

23. Libellant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value in accordance with Public Policy. Public Law 73-10

24. Libellee has made false and fraudulent entries into specially coded files that courts of fiction rely upon as undisputed evidence.

25.. Libellee has never made a statement or signed a Statement Certificate under penalty of perjury, true, correct, complete and not misleading.

26. JUDITH E. SULLIVAN is a fiction and Libellant is a visitor in a state of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures

which are truth and not inferior to the world of corrupted fiction which has no righteousness in it and is manipulated by those claiming immunity for their acts of confusion and fraud.

27. Libellee, when she answers this Statement and Inquiries, understand that her answer will only be valid with her SSN# attached since Libellant is providing the CHARLES PAUL NORDQUIST.

28. If the Libellee discovers any errors or omissions, legal or otherwise, in or related to this instrument, she is required to notice the Libellant with a point by point description of any such errors and omissions within ten (10) days of receiving this Notice by Registered Mail or forever admit the lawful execution of this Notice as a matter of the public record.

29. If additional time is required for responding, a request must be received by the Libellant at the address of the Notary Acceptor within the ten (10) days allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel.

30. The Libellee is required to notify the Libellant within ten (10) days by Certified Mail of acknowledgement, acceptance and agreement to the address of the Notary Acceptor only. You may agree to all statements and claims by Libellant by simply remaining silent.

31. Libellant, Charles-Paul: nordquist is using the Copywrited Statutes only for his remedy and not for profit.

32. Libellant appeared before Libellee, JUDITH E. SULLIVAN, in her professional capacity at Behavioral Health Services of Mat-Su on the date recorded as June 27, 2003.

33. Libellee holds Behavioral Health Services of Mat-Su staff identification number 756.

34. Libellant is assigned client (account) number 911718 at Behavioral Health Services of Mat-Su as evidenced by paperwork produced by the Libellee, JUDITH E. SULLIVAN.

35. Libellee holds Alaska state-issued Registered Nurse license number 758.

36. The license of Libellee is on probation as of June 30, 2004.

37. Libellee spent eighteen (18) minutes with the Libellant on the day recorded as June 27, 2003.

38. Libellee spent a portion of those eighteen (18) minutes in casual conversation concerning a particular Anchorage musician.

39. Libellee on that day, ignored all other non-psychiatric documentation and photographic images in the Libellant's file which are relevant to the Libellant's disability (-ies).

40. Libellee failed to complete the Alaska AD-2 form presented to her by the Libellant for the purpose of routinely continuing the Libellant's Adult Public Assistance account because Libellee did not "feel" like doing so.

41. Libellee reached her own conclusion(s) on the day of the appointment and suppressed and overturned the diagnoses made on the Libellant's physical condition by Alaska M.D.s Smith, Halverson, Stallman, Bingham, and Boesenberg, et al., and Colorado M.D. Callahan, et al.

42. Libellee is not licensed to practice medicine in Alaska.

43. Libellee violated the normal protocol between nurses and doctors concerning the order in which orders are given and received.

44. Libellee violated the normal protocol between nurses and doctors concerning the order in which diagnoses are made.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # JPJ03242005                                    Registered Mail #RB 098 016 223 US

45. Libellee caused the Libellant to lose his Interim Assistance funding.

46. Libellee caused the financial and physical the resources of the Alaska Division of Public Assistance to be used in Fair Hearing 04FH230.

47. Libellee caused the Libellant to sell personal property which he did not want to sell otherwise.

48. Libellee caused the Libellant to obtain the return of an apartment deposit which he otherwise would not have obtained.

49. Libellee caused the Libellant to become homeless.

50. Libellee should have reported the Libellant as a vulnerable adult, made so by her own hand.

51. Libellee demonstrated her own incompetence by her own actions/omissions.

52. Libellee practiced medicine without a license and became a public nuisance.

53. Libellee knows that practicing medicine without a license may be a criminal offense.

54. Libellee knows that by her actions caused the Libellant harm and injury.

## COMMERCIAL OATH AND VERIFICATION

Third Judicial District        )
                               )   Commercial Oath and Verification
The State of Alaska            )

I, CHARLES PAUL NORDQUIST, under my unlimited liability and Commercial Oath proceeding in good faith being of sound mind states that the facts contained herein are true, correct, complete and not misleading to the best of Libellant's knowledge and belief under penalty of International Commercial Law.

CHARLES PAUL NORDQUSIT
By: Charles-Paul: nordquist, agent, Libellant, UCC 3-402 (b)(1)

_Charles-Paul: nordquist_
Signature lawful man

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath this 24th day of March, 2005.

_Warren Jetter_   Exp. 4-15-08
Notary

### STATEMENT AND INQUIRES

1. Libellee admits Libellant is not one and the same as any Artificial Legal Fiction entity 14th Amendment person, individual commercial Strawman, co-party organization and trust created by the State or Federal government.
ANSWER: [Admits/Acknowledge if no answer is provided]

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY
FILE # JPJ03242005                                     Registered Mail #RB 098 016 223 US

2. Libellee admits Libellant is an injured party in this matter and not one in the same as any defendant in any action in any State or Federal case.
ANSWER: [Admits/Acknowledge if no answer is provided]

3. Libellee admits Libellant has never knowingly, willingly and for certain and fair consideration acted in any way that would controvert Libellant's private natural character status.
ANSWER: [Admits/Acknowledge if no answer is provided]

4. Libellee admits Libellant is not a beneficiary surety liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly, and for certain and fair consideration, ever entered into any contract that would controvert Libellant's claim on non-surety status.
ANSWER: [Admits/Acknowledge if no answer is provided]

5. Libellee admits Libellant has a non-privity relationship with all legal fiction entities.
ANSWER: [Admits/Acknowledge if no answer is provided]

6. Libellee admits Charles-Paul: nordquist has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the Alaska Secretary of State in the form of UCC 1 and its amendments.
ANSWER: [Admits/Acknowledge if no answer is provided]

7. Libellee admits Libellant is an agent for CHARLES PAUL NORDQUIST, not a trustee or liable party.
ANSWER: [Admits/Acknowledge if no answer is provided]

8. Libellee is committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment, Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts.
ANSWER: [Admits/Acknowledge if no answer is provided]

9. Libellee admits she has not now or ever comprehended the offer and contract offered by her commission as it pertains to CHARLES PAUL NORDQUIST; Charles-Paul: nordquist.
ANSWER: [Admits/Acknowledge if no answer is provided]

10. Libellee admits any immunity, whether Absolute or Limited are not protective in their acts of Bad Faith against CHARLES PAUL NORDQUIST and that Am Jur 2nd, Volume 17 (A) Clause #298 applies.
ANSWER: [Admits/Acknowledge if no answer is provided]

11. Libellee admits any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and attempts to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the D.C. Codes.
ANSWER: [Admits/Acknowledge if no answer is provided]

12. Libellee admits she has never disclosed the nature and cause and conditions of the contracts in commerce that were executed on the Libellant.
ANSWER: [Admits/Acknowledge if no answer is provided]

13. Libellee admits injuring Libellant by willfulness, by error, by intent to mislead, by omission, by confusion, by hidden contracts, by solicitation, by creating revenue, by conversion, and by fraud.
ANSWER: [Admits/Acknowledge if no answer is provided]

14. Libellee admits the Libellant notices JUDITH E. SULLIVAN and the Public, that by mistake, Libellant has moved in good faith to comprehend and remedy a mistake caused by his misplaced trust and inability to comprehend the motives of those attempting to contract CHARLES PAUL NORDQUIST or Charles-Paul: nordquist.
ANSWER: [Admits/Acknowledge if no answer is provided]

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY
FILE # JPJ03242005                                          Registered Mail #RB 098 016 223 US

15. Libellee admits all contracts and agreements and presentments by JUDITH E. SULLIVAN are expressly induced by Fraud, Coercion, and Extortion upon the Libellant and non-disclosure contracts.
ANSWER: [Admits/Acknowledge if no answer is provided]

16. Libellee admits Libellee has created unsupported commercial documents that were relied upon by third parties to deprive Libellant of property.
ANSWER: [Admits/Acknowledge if no answer is provided]

17. Libellee admits no "ANSWER" by legal definition can be provided in any instance neither in part or in whole and that they are found out and have no excuse and no affirmative defense for her Criminal Acts.
ANSWER: [Admits/Acknowledge if no answer is provided]

18. Libellee admits she has used fictitious names on commercial documents to deprive the Libellant of property.
ANSWER: [Admits/Acknowledge if no answer is provided]

19. Libellee admits Libellant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value.
ANSWER: [Admits/Acknowledge if no answer is provided]

20. Libellee admits that she is required to notify the Libellant within ten (10) days by Certified Mail acknowledgement, acceptance and agreement to the address of the Notary Acceptor only. Libellee may agree to all statements and claims by Libellant by simply remaining silent.
ANSWER: [Admits/Acknowledge if no answer is provided]

21. Libellee admits she has failed to adjust the accounts of CHARLES PAUL NORDQUIST
ANSWER: [Admits/Acknowledge if no answer is provided]

22. Libellee admits she has made false and fraudulent entries into specially coded files such as Client Transaction Record and that such files are "coded" for the purpose of preventing the public and Libellant access to their content so that courts of fiction may rely upon as these files as undisputed evidence.
ANSWER: [Admits/Acknowledge if no answer is provided]

23. Libellee admits she has never made a verified assessment or signed an Assessment Certificate under penalty of perjury, true, correct, complete and not misleading re CHARLES PAUL NORDQUIST
ANSWER: [Admits/Acknowledge if no answer is provided]

24. Libellee admits that JUDITH E. SULLIVAN is a fiction and Libellant is a visitor in a state of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures which are truth and not inferior to the world of corrupted fiction which has no righteousness in it and is manipulated by those claiming immunity for their acts of confusion, fraud, Scienter Acts and continuous torts
.ANSWER: [Admits/Acknowledge if no answer is provided]

25. Libellee admits that if the Libellee, discovers any errors or omissions, legal or otherwise, in or related to this instrument, Libellee is required to notice the Libellant at the address of the Notary Acceptor only with a point by point description of any such errors and omissions within ten (10) days of receiving this Notice by Registered Mail or forever admit the lawful execution of this Notice as a matter of the public record.
ANSWER: [Admits/Acknowledge if no answer is provided]

26. Libellee admits that if a request for additional time to respond is needed, such request must be received by the Libellant at the address of the Notary Acceptor only within the ten (10) days allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel. 5 USC §706
ANSWER: [Admits/Acknowledge if no answer is provided]

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY
FILE # JPJ03242005                                                                 Registered Mail #RB 098 016 223 US

27. Libellee admits it is mandatory to place herself under unlimited liability commercial oath to secure integrity in their responses.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

28. Libellee admits the harm created by her Criminal Acts and Acknowledge that the Sum Certain in the True Bill is correct as presented and is to be paid to the Libellant.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

29. Libellee admits that any stall and delay created by her is conversion of the Sum Certain in the Accounting and True Bill of this Commercial Instrument will result in an increase of ten (10) times for Compensatory Punitive Damages shall prevail contractually.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

30. Libellee admits and agrees that the Accounting and True Bill is true, correct complete and certain following the perfection of this Commercial Instrument.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

31. Libellee admits that if and when she answers this Statement and Inquires, her answers will only be valid with her SSN # attached since Libellant is providing the CHARLES PAUL NORDQUIST.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

32. Libellee admits that Libellant is using the Copyrigted Statutes of Alaska and the United States for his remedy and not for profit.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

33. Libellee admits Libellant appeared before her in her professional capacity at Behavioral Health Services of Mat-Su on the date recorded as June 27, 2003.
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

34. Libellee admits her Behavioral Health Services of Mat-Su staff identification number to be 756.
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

35. Libellee admits Libellant is assigned client (account) number 911718 at Behavioral Health Services of Mat-Su.
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

36. Libellee admits that her Alaska state-issued Registered Nurse license is license number 758.
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

37. Libellee admits that her Alaska state-issued Registered License is on probation beginning June 30, 2004.
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

38. Libellee admits that she spent eighteen (18) minutes with the Libellant on that appointment.
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

39. Libellee admits that a portion of those 18 minutes were spent in casual conversation concerning a particular trumpet player in Anchorage, Alaska.
**ANSWER:** [Admits/Acknowledge, if no answer provided]

40. Libellee admits that she ignored all other non-psychiatric documentation and images in the Libellant's file which are relevant to the Libellant's disability(-ies).
**ANSWER:** [Admits/Acknowledge, if no answer is provided]

41. Libellee admits that by she failed to complete the AD-2 presented to her by the Libellant, for the purpose of routinely addressing the Libellant's public assistance account by renewing the Libellant's Interim Assistance, because she did not "feel" like doing so.

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # JPJ03242005                                                  Registered Mail #RB 098 016 223 US

ANSWER: [Admits/Acknowledge, if no answer is provided]

42. Libellee admits that by reaching her own conclusion(s) on the day of the appointment was to suppress and overturn the diagnoses made on the Libellant's physical condition by Alaska M.D.s Smith, Halverson, Stallman, Bingham, and Boesenberg, *et al.*, and Colorado M.D. Callahan, *et al.*
ANSWER: [Admits/Acknowledge, if no answer is provided]

43. Libellee admits that she is not licensed to practice medicine in the state of Alaska.
ANSWER: [Admits/Acknowledge, if no answer is provided]

44. Libellee admits that the normal protocol between doctors and nurses is that doctors give the orders: nurses do not give doctors orders.
ANSWER: [Admits/Acknowledge, if no answer is provided]

45. Libellee admits that the normal protocol between nurses and doctors is that doctors make diagnoses: nurses do not make diagnoses.
ANSWER: [Admits/Acknowledge, if no answer is provided]

46. Libellee admits that her actions on the date recorded as June 27, 2003 caused the Libellant to temporarily lose his Interim Assistance.
ANSWER: [Admits/Acknowledge, if no answer is provided]

47. Libellee admits that her actions on the date recorded as June 27, 2003 caused the Libellant to initiate – and win – a Fair Hearing (04FH230) with the Alaska Division of Public Assistance.
ANSWER: [Admits/Acknowledge, if no answer is provided]

48. Libellee admits that her actions on the date recorded as June 27, 2003 unnecessarily caused the expenditure of resources of the state of Alaska and the Libellant.
ANSWER: [Admits/Acknowledge, if no answer is provided]

49. Libellee admits that her action caused the Libellant to sell personal property which he did not want to sell and would not have sold but for the actions of the Libellant.
ANSWER: [Admits/Acknowledge, if no answer is provided]

50. Libellee admits that her action caused the Libellant to obtain the return of an apartment rental deposit which he would not have otherwise obtained but for the actions of the Libellant.
ANSWER: [Admits/Acknowledge, if no answer is provided]

51. Libellee admits that her action caused the Libellant to become homeless.
ANSWER: [Admits/Acknowledge, if no answer is provided]

52. Libellee admits that her action should have compelled her to report the Libellant as a vulnerable adult, made so by her own hand.
ANSWER: [Admits/Acknowledge, if no answer is provided]

53. Libellee admits to her own professional incompetence as demonstrated by her own actions/omissions.
ANSWER: [Admits/Acknowledge, if no answer is provided]

54. Libellee admits that practicing medicine without a license is operating as a public nuisance.
ANSWER: [Admits/Acknowledge, if no answer is provided]

55. Libellee admits that practicing medicine without a license may be a criminal offense.
ANSWER: [Admits/Acknowledge, if no answer is provided]

56. Libellee admits that her by actions she caused the Libellant harm and injury.
ANSWER: [Admits/Acknowledge, if no answer is provided]

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # JPJ03242005  Registered Mail #RB 098 016 223 US

## NOTICE

These statements and the ANSWER contained herein may be used by Libellant, if necessary in any court of competent jurisdiction.

### ACCOUNTING AND TRUE BILL

CLEOPATRA HASLIP et al.
v.
PACIFIC MUTUAL LIFE INSURANCE, INC.
499 U.S.1, 113 Fed 2d 1, 111 S.Ct. 1032 (no. 89-1279)

For Conversion                                    4 times for Compensatory Damages
                                                  200 times for Punitive Damages

### ACCOUNTING AND TRUE BILL

Libelant is entitled to recover from Libelee the dollar amount of personal property sold, deposit amount, the amount of Interim Assistance at risk, the dollar value of a Class B Misdemeanor, and attorney fees and notary fees for time spent on the preparation of these documents.

### COMPUTED AS FOLLOWS

| | | |
|---|---:|---|
| $ | 450.00 | Personal Property sold |
| $ | 240.00 | Deposit money |
| $ | 1680.00 | Interim Assistance at risk |
| $ | 1000.00 | Value of criminal charge |
| $ | 150.00 | Attorney Fees |
| $ | 200.00 | Notary Fees |
| $ | 3720.00 | Sum Certain |

### CONVERSION FOR UNATHORIZED ACTS AGAINST SECURED PROPERTY

### COMPUTED AS FOLLOWS

| | | |
|---|---:|---|
| $ | 3720.00 | Sum Certain |
| | x4 | Rights Violations Compensation Multiplier |
| $ | 14,880.00 | Compensatory Damages |
| | | |
| $ | 14,880.00 | Sum Certain |
| | x200 | Punitive Compensation Multiplier |
| $ | 2,976,000.00 | Punitive damages |
| | | |
| $ | 14,880.00 | Compensatory Damages |
| $ | 2,976,000.00 | Punitive damages |
| $ | 2,990,880.00 | Total Damages for Conversion |

<u>Two Million Nine Hundred Ninety Thousand Eight Hundred Eighty Dollars</u>

<u>"Libellant reserves the right to amend and correct and adjust the accounting and True Bill"</u>

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY

FILE # JPJ03242005                                    Registered Mail #RB 098 016 223 US

The progressive Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal value in real property and natural resources, and any agreeable combination of the above.

### NOTICE TO RESPOND

Affiant grants Libellee Ten (10) days, exclusive of the day of receipt to respond to the statements, claims and inquiries above. Failure to respond will constitute as an operation of law, the admission of Libellee by TACIT PROCURATION to the statements, claims and ANSWERS to inquires shall be deemed RES JUDICATTA, STARE DECISIS. Failure to respond will constitute PROMISSORY ESTOPPEL, COLLATERAL ESTOPPEL, and ESTOPPEL BY ACQUIESCENCE. This is a perfected Contract and it is a STATUTE STAPLE, UCC CONFIRMATORY WRITING.
It is also mandatory that if Libellee responds to the foregoing, it must be by delivering to Affiant's NOTICE **OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY** and to Affiant's mailing location exactly as shown below:

Charles-Paul: nordquist, Creditor Secured Party,
C/o Ty Warren Azeltine Notary Acceptor
4941 Laurel Street Unit B
Anchorage [99507] Alaska

That it is mandatory that Libellee sign and certify "under penalty of perjury complete with SSN number under the laws of the United States of America" under 28 USC §1746, all ANSWERS or any other correspondence in response to Affiant's Notice of Administrative Remedy, so that Affiant's can know that Affiant's is dealing with the Libellee and that Libellee is held to only those ANSWERS that are true, correct, complete, and not misleading and further; any facts alleged in Libellee's response must be on first hand knowledge in affidavit form, properly sworn and subscribed to.

Libellant looks forward to your timely response. Further Libellant sayeth naught.

Given under my hand and seal this 24th day of the 3rd month of 2005 anno Domini.

Prepared and submitted by:
_/s/ Charles-Paul: nordquist_
Charles-Paul: nordquist, Creditor, Secured Party,

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Charles-Paul: nordquist, CREDITOR, SECURED PARTY
FILE # CPN03242005                                                          Registered Mail #RB 098 016 223 US

## AFFIDAVIT OF SERVICE

### NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY

State of Alaska            )
                           ) ss.
Third Judicial District    )


I am over 18 years of age and not a party to the within action. My business address is:

Ty Warren Azeltine, Notary Acceptor
4941 Laurel Street Unit B
Anchorage[99507] Alaska

On this the 24th day of March, 2005, I served the following by Registered Mail:

1. One (1) copy of Original "For the Petition for Agreement and Harmony within the Admiralty in the Nature of, "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY, File # CPN03242005, subscribed by Charles-Paul: nordquist, Agent.

2. One copy of this Affidavit of Service for each copy of "NOTICE OF INTERNATIONAL COMMERCIAL CLAIM, WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY " in a sealed envelope with postage pre-paid, properly addressed to:


Libellee:       JUDITH E. SULLIVAN
                342 West 11th Avenue
                Anchorage, Alaska 99501

                JUDITH E. SULLIVAN             CORPORATION

In care of:     JUDITH E. SULLIVAN
                342 West 11th Avenue
                Anchorage, Alaska 99501        Libellee is additionally subject to postal
                                               statutes and the jurisdiction of the Universal
                                               Postal Union.

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 24th day of March, 2005".

_____
Ty Warren Azeltine, Notary Acceptor UCC 3-402 (b)(1)

Exp. 4/15/08

RECEIVED

JUN 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA





```
          UNIT ID: 0524
          Clerk: KF7HVS
          03/24/05
```

```
          ***** WELCOME TO *****
               MIDTOWN STATION
                    99503
             03/24/05  04:20PM

Store  USPS           Trans     80
Wkstn  sys5002        Cashier   KF7HVS
Cashier's Name        GLADYS
Stock Unit Id         WINGLADYS
PO Phone Number       800-275-8777
USPS #                0203150524

  1. First Class                   8.33
     Destination:     99501
     Weight:          2.70 oz.
     Postage Type:    PVI
     Total Cost:      8.33
     Base Rate:       0.83
          SERVICES
     Registered Mail                7.50
        RB098016223US

Subtotal                           8.33
Total                              8.33

Cash                              20.03
Change Due
   Cash                            11.70

Number of Items Sold: 1

          Thank you for choosing
          the US Postal Service!
             God Bless America!
```

Receipt for Registered Mail (PS Form 3806):
- Registered No. RB098016223US
- Reg. Fee: 7.50
- Postage: 0.83
- FROM: C. Pinordquist c/o Ty Warren Age Home, 4941 Laurel St Unit B, Anchorage (99507) Alaska
- TO: Judith E Sullivan, 342 West 11th Ave, Anchorage, Alaska 99501
- OFFICIAL USE

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)              (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®



Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **RB09 8016 223U S**
Status: **Delivered**

Your item was delivered at 1:09 pm on April 13, 2005 in ANCHORAGE, AK 99507. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )    ( Return to USPS.com Home > )



Track & Confirm
Enter Label/Receipt Number.

Go >

**POSTAL INSPECTORS**    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

