UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 CHARLES-PAUL NORDQUIST   v.   JUDITH E. SULLIVAN 

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                              CASE NO.  3:06-cv-00148 JWS 

 Linda Christensen 

PROCEEDINGS: **ORDER FROM CHAMBERS**              DATE: June 16, 2006

The court has reviewed the file in this matter and based thereon, **IT IS ORDERED**;

1.  The Clerk shall transfer this matter from the miscellaneous docket to the civil docket and track the below requirements for responses.

2.  A.  The document at docket 1 is insufficient to constitute a complaint pursuant to Federal Rule of Civil Procedure 8(a).  It appears that libelant Charles-Paul; nordquist (hereinafter "Nordquist") may be seeking to proceed in admiralty, but commencement of an action in admiralty must begin with a proper complaint which complies with Rule 8(a) as well as any additional requirements which may pertain to an admiralty claim such as verification of the complaint.  See Supplemental Rules for Certain Admiralty and Maritime Claims.

   B.  Nordquist shall have 20 days from the date of this order to file a complaint which complies with the applicable rules.  If he does not do so, this case will be dismissed without further notice.

3.  A.  It appears that Nordquist is attempting to proceed

without payment of the filing fee.  However, the document at docket 2 is inadequate to support such a request, because it does not comply with 28 U.S.C. 1915.

      B.  Unless within 20 days from the date of this order, Nordquist either pays the filing fee or submits a proper application for waiver of the filing fee which complies with 28 U.S.C. 1915, this case will be dismissed  without further notice.

  4.  A.  If also appears that someone named Ty Warren Azeltine who describes herself as a "notary acceptor"  is representing Nordquist.  While a party has a right to represent himself in this court, if he desires to have another person represent him that person must be a lawyer admitted to the bar of this court.

      B.  Any further documents filed in this case shall be either prepared and filed by Nordquist or by his lawyer.  The court will not accept papers filed by a "notary acceptor."  If the additional papers required by this order are not filed by Nordquist or his lawyer, this case will be dismissed without further notice.