Charles-Paul: Nordquist
C/O 112 S. Alaska St. #202
Palmer, Alaska [99645]



HON. JOHN W. SEDWICK
US DISTRICT COURT, DISTRICT OF ALASKA

In re: CASE NO. 3:06-CV-148

1. I am puzzled as to why the court would act upon this filing when I had requested no action be taken. This filing is comprised of a consummated private contract, where all issues are settled, for which more than one remedy exists. I have not as yet chosen which remedy that I shall pursue. There is no longer any controversy in this contract. At the present time, I make no offer, invitation, or opportunity for entry of a third party into this contract for any reason, and it is not my intention to offer any such party any opportunity to do so, even by filing it into the Court Registry. As I understand it, no "law" shall be made that impairs contracts.

2. I understand that it is the court's responsibility to know what lies in the court's registry. At such time that I, or someone else, chooses to proceed to act on this matter or prosecute this filing in any manner, I am glad to know that this court will be available to proceed.

3. The Notary Acceptor acts within the capacity and limitations of the office of Notary Public and does not represent Charles-Paul: Nordquist in any legal capacity which would indicate unauthorized practice of law and no such intentions are attempted or to be misunderstood, presumed or imputed.

4. Your unsigned ORDER FROM CHAMBERS does not include any supporting documentation as to why Public Policy in the form of P.L. 73-10, Chapter 48, 48 Stat. L. 112, is not in full force and effect today. Please know that your legal analysis framing the present status concerning the force and effect of this particular form of Public Policy is both welcome and invited.

Thank you.

*Charles-Paul: Nordquist* (signature)
Charles-Paul: Nordquist