**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  CHARLES PAUL NORDQUIST  </u>   v.   <u> JUDITH E. SULLIVAN </u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  <u>3:06-cv-00148-JWS</u>

<u> Pam Richter </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: July 17, 2006

    On June 6, 2006, Charles Paul Nordquist, representing himself, filed what he has titled a "Notice of International Commercial Claim in Admiralty Administrative Remedy Certificate and Notice of None [sic] Response."[1] Mr. Nordquist, however, did not pay the Court's filing fee, and did not file an appropriate application to waive the filing fee.[2] Nor did Mr. Nordquist file a complaint. When told of these errors,[3] Mr. Nordquist informed the Court that he wanted no action to be taken by this Court at this time.[4]

    In the future, if Mr. Nordquist decides to file an action in this Court, he must file a complaint that complies with the Federal Rules of Civil Procedure, and must either pay the applicable filing fee, or file an application to waive the fee.

    Because this has not occurred, and Mr. Nordquist has stated that he seeks no action by the Court at this time, this case will be CLOSED.

    IT IS SO ORDERED.

---

[1]  Docket No. 1.

[2]  *See* Docket No. 2.

[3]  *See* Docket No. 3.

[4]  *See* Docket No. 4.

[~8964690.wpd]{IA.WPD*Rev.12/96}